Shannon Lee STARR, Plaintiff-Appellant,

v.

OAKLAND POLICE DEPARTMENT, et al., Defendants-Appellees.

No. 15-16447

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 26, 2017

Shannon Lee Starr, Pro Se

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Shannon Lee Starr appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deprivation of the right to a fair trial. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir. 2011) (dismissal for failure to state a claim under 28 U.S.C. § 1915A); *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (dismissal under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)). We affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

The district court properly dismissed Starr's action as *Heck*-barred because success on Starr's claims would necessarily imply the invalidity of his conviction or sentence, and Starr failed to allege that his conviction had been invalidated. *See Heck*, 512 U.S. at 486–87, 114 S.Ct. 2364 (if "a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence . . . the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.